**2:19-cr-00280-JAD-BNW**

Hello, my name is Bryson Williams and im Requesting a Copy of my Docket Sheet please. I dont Know my Case # but this is my only Fedual Case. Please and thank you.

FILED    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 1 1 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Bryson Williams #55914048

### ORDER

IT IS ORDERED that ECF No. 44 is GRANTED.
The Clerk of Court is kindly directed to send Mr.
Williams a copy of the docket.

IT IS SO ORDERED
DATED: 4:13 pm, May 13, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Son Williams #5591404B
Penitentiary Victorville
Box 3900
Adanto, CA 92301

SN BERNARDINO CA   923
9 MAY 2022 · PM 4   L

XRAYED US MARSHALS SERVICE

Court Clerk
333. Las Vegas Blvd South
Las Vegas, NV 89101

89101-706599

FILED _____     RECEIVED _____
ENTERED _____   SERVED ON _____
                  COUNSEL/PARTIES OF RECORD

MAY 11 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____   DEPUTY