19cr280

RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 23 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Hello, my name is Bryson Williams and im requesting a copy of my sentenceing Transcripts please and Thank You.

Bryson Williams #55914048

## ORDER

IT IS ORDERED that ECF No. 46 is DENIED without prejudice. Mr. Williams may not file documents on the docket while he is represented by counsel. *See* LR IA 11-6(a). Mr. Williams should contact his attorney regarding his request.

**IT IS SO ORDERED**

**DATED:** 5:03 pm, May 24, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

